IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SANDRA DENISE HANNAH, | ) |
| *Plaintiff*, | ) |
| | ) No. 3:07-1168 |
| v. | ) Judge Nixon |
| | ) Magistrate Judge Bryant |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| *Defendant*. | ) |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation ("Report") in the above-styled matter (Doc. No. 20), to which no timely objections have been filed. Upon review, the Court finds the Report therein to be well-founded and supported by the record. The Court therefore **ADOPTS** the Report in its entirety. Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 14) is **DENIED** and the decision of the Defendant is **AFFIRMED**.

It is so ORDERED.

Entered this the 11 day of December, 2008.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT